No: 14-2896

Mark Christeson

Appellant

v.

Don Roper

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08004-DW)
_____

**ORDER**

Upon consideration of the request for an order directing the District Court to accept filing, it is ordered that Attorney Jennifer Merrigan is permitted to file a renewed motion for substitution of counsel in the District Court.

October 21, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
           /s/ Michael E. Gans