IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MARK A. CHRISTESON, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 04-CV-08004-W-DW |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD D. ROPER, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

In this death penalty case, Petitioner Mark A. Christeson has filed a Rule 59(e) Motion to Alter Judgment and Authorize Resources for Renewed Rule 60(b)(6) Motion (the "Motion"). See Doc. 152. The Motion has been considered and is DENIED for the reasons previously stated by the Court, and for the reasons stated in the Respondent's Suggestions in Opposition.

IT IS SO ORDERED.

Date: June 13, 2016 　　　　　　　　　　　　　　　　　　　/s/ Dean Whipple
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Dean Whipple
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge